## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 607 - 1 | **DATE** | 7/31/2008 |
| **CASE TITLE** | USA vs. Irene Pemkova | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest 7/30/08. Steve R. Shanin is appointed to represent the defendant. Defendant to remain in custody pending identity hearing set for 8/1/08 at 3:30 p.m.

Docketing to mail notices.

00:20



| | | Courtroom Deputy Initials: | VKD |
|---|---|---|---|