# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**IN UNITED STATES:** ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

**IN THE CASE OF:** U.S. v.s. DEMKOVA

**FOR:** NDIL
**AT:** ED

7-31-08 / JUL 3 1 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

**LOCATION NUMBER:** _____

**PERSON REPRESENTED** (Show your full name): IRENE PEMKOVA

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate: 08CR607-1
District Court:
Court of Appeals:

**CHARGE/OFFENSE:** REMOVAL  ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: ON MEDICAL LEAVE
- IF YES, how much do you earn per month? $ 0
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED $ _____ SOURCES _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 7,500⁰⁰

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- VALUE _____ DESCRIPTION _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: _____
- List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME:
- Creditors: _____
- Total Debt: $ _____
- Monthly Paymt.: $ 3500⁰⁰

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7/31/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature]