U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
United States v. PEMKOVA

Case Number: 08CR 607

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

IRENE PEMKOVA

FILED  
7-31-08  
JUL 3 1 2008  
MAGISTRATE JUDGE SUSAN E. COX  
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Steven R. Shanin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Steven Robert Shanin | |
| FIRM <br> Steven Robert Shanin, Attorney at Law | |
| STREET ADDRESS <br> 53 West Jackson Boulevard, suite 920 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 02561379 | TELEPHONE NUMBER <br> 312.697.0000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ✔ | |