## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 607 - 1 | **DATE** | 8/1/2008 |
| **CASE TITLE** | USA v. Irene Pemkova | | |

**DOCKET ENTRY TEXT**

Case called for detention hearing. Defendant waives identity hearing. Order defendant removed to the U.S. District Court for the Central District of California in the custody of the U.S. Marshals Service.

Docketing to mail notices.

01:00

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 AUG -4 AM 9:46
FILED-EDI