# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Susan E. Cox | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 607 - 1 | **DATE** | 8/11/2008 |
| **CASE TITLE** | USA vs. Irene Pemkova | | |

**DOCKET ENTRY TEXT**

Bond hearing held pursuant to defendant's request. Bond hearing continued to 8/12/08 at 3:00 p.m. before Magistrate Judge Mason.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | VKD |
|---|---|---|