UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box •

Northern District of Illinois
Clerk's Office
219 S. Dearborn
Chicago, IL 60604

RECEIVED
AUG 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Central District of California
Southern Division
411 West Fourth Street
Room 1053
Santa Ana, CA 92701-4516

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

☐ Express Mail
☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7004 2510 0001 9746 9476

PS Form 3811, February 2004   Domestic Return Receipt   08CR607   102595-02-M-1540

08cr607

FILED
AUG 12 2008 AE
AUG 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT