# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 607 - 1 | **DATE** | 8/12/2008 |
| **CASE TITLE** | USA vs. Irene Pemkova | | |

**DOCKET ENTRY TEXT**

Bond hearing held on 8/12/08. Government and defendant have agreed to certain conditions of release as stated in open court. Defense counsel's oral motion for turnover of defendant's driver license, electronic ticket information and travel itinerary is granted.

0:30

Notified counsel by telephone.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|