## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Michael T. Mason | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 607 - 1 | **DATE** | 8/12/2008 |
| **CASE TITLE** | USA vs. Irene Pemkova | | |

**DOCKET ENTRY TEXT**

This Court hereby grants defense counsels' oral motion to have defendant Irene Pemkova released forthwith directly from the Kankakee Correctional Facility subject to the conditions set forth in the Order Setting Conditions of Release.

Notified counsel by telephone.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|