H/H

**FILED**

AUG 2 2 2008 NF

8-22-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name): PR PARK
C. Date of Delivery: 8/18/08

1. Article Addressed to:

Central District of California
Sothern Division
411 West Fourth Street
Room 1053
Santa Ana, CA 92701-4516

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Express Mail
☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7006 0100 0001 7312 5717

PS Form 3811, February 2004    Domestic Return Receipt    08 CR 607    102595-02-M-1540

08CR607