UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**FILE COPY** *MHW*

**MICHAEL W. DOBBINS,
CLERK**

August 15, 2008

**OFFICE OF THE CLERK**

Central District of California
Sothern Division
411 West Fourth Street
Room 1053
Santa Ana, CA 92701-4516

Re: U.S. -v- Pemkova
Case: 08 cr 180

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant that continued after the documents that were sent to you on August 6, 2008.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

X  Docket Sheet (08 CR 607)          ___ Affidavit in Removal

X Order setting conditions of release     ___ Appearance Bond

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by:/s/ Laura Springer
    Deputy Clerk

FILED
8-25-2008
AUG 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT